IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

JAMES ROSS                                                                 No. 05cr20194-B

---

### ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant had previously notified the Court that he is attempting to obtain private counsel to represent him in this action. The defendant appeared this day without the benefit of counsel and requested that counsel be appointed.

The Court determined that defendant does qualify for court appointed counsel and appointed an attorney from the Federal Public Defenders office to represent him.

Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), the time period of 06/15/2005 through 06/22/2005 is hereby excluded to allow defense counsel additional time for effective preparation.

**ARRAIGNMENT IS RESET TO WEDNESDAY, JUNE 22, 2005 AT 9:30 A.M. BEFORE MAGISTRATE JUDGE TU M. PHAM.**

This 15 day of June, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-16-05

UNITED STATES MAGISTRATE JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20194 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT