PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

FILED BY ___ D.C.
05 AUG 26 PM 1:15

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

RECEIVED
PRETRIAL
WD/CS-MEMPHIS

AUG 24 2005

| United States of America | ) |
| vs | ) |
| James Ross | ) |

Case No. 05-20194-01 —B

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, James Ross, have discussed with Stephanie K. Denton, Pretrial Services Officer, modification of my release condition as follows:

1) Maintain or actively seek employment
2) Refrain from possessing a firearm, destructive device, or any other dangerous weapon
3) Refrain from the unlawful use or possession of a narcotic drug or other controlled substances
4) Submit to substance abuse testing as directed by Pretrial Services
5) Participate in substance abuse treatment, if deemed advisable by Pretrial Services

I consent to this modification of my release conditions and agree to abide by this modification.

_James Ross_  4-5-05   _Stephanie K Denton_  7/5/05
Signature of Defendant   Date   Pretrial Services Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_  8-10-05
Signature of Defense Counsel   Date

[✓] The above modification of conditions of release is ordered, to be effective on 8/10/05

[ ] The above modification of conditions of release is not ordered.

_[signature]_  8/25/05
Signature of Judicial Officer   Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-26-05

(18)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CR-20194 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT